### MARIA de ARRIBA v. JOSE de ARRIBA

20 So. (2nd) 501                                   January Term, 1945
January 16, 1945                                          Division B

*W. C. Kemp,* for appellant

*Nestor Morales,* for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, BUFORD, THOMAS and SEBRING, JJ., concur.